**UNITED STATES of America,**
**Appellee,**

v.

**Erasmo MARTINEZ–HERRERA,**
**Appellant.**

**No. 03–1774.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 15, 2003.

Decided Sept. 17, 2003.

Michael Mills Hobart, U.S. Attorney's Office, Sioux City, IA, for Plaintiff–Appellee.

Erasmo Martinez–Herrera, pro se, Clarinda, IA, Nicholas Drees, Federal Public Defender's Office, Des Moines, IA, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Erasmo Martinez–Herrera pleaded guilty to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), and the district court [1] sentenced him to 41 months imprisonment and 2 years supervised release. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion in sentencing Martinez–Herrera at the top of the applicable Guidelines range.

We reject counsel's argument because we do not review the district court's exercise of discretion in setting a sentence at the top of a properly determined Guidelines range. *See United States v. Smotherman*, 326 F.3d 988, 989 (8th Cir.2003) (per curiam); *United States v. Woodrum*, 959 F.2d 100, 101 (8th Cir.1992) (per curiam).

We have reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues. Ac-

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

cordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.